

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

GERALD C. MANN
XXXXXXXXXXXXXXXXXXXX
ATTORNEY GENERAL

March 23, 1939

Hon. Geo. W. Cox
State Health Officer
Austin, Texas

Dear Sir:

Opinion No. O-515
Re: Effect of 1937 amendments
to the Vital Statistics
Law with particular refer-
ence to illegitimate birth.

Your request for an opinion as to the effect of the 1937
amendment to the Vital Statistics Law has been received.

In your letter dated March 16, 1939 you request that we
answer three questions, to wit:

"1. Are the records filed under the 1927 law
subject to the restrictions of the 1927 law, or re-
lieved of such restrictions which were omitted in the
1937 Amendment?

"2. Should the State Registrar, in 1938 and
subsequent years, attach to the original record the
affidavit of the father changing the surname, etc.,
on the records filed prior to 1937?

"3. Should the State Registrar, in 1938 and
subsequent years, issue a certified copy of the birth
record of an illegitimate child filed in violation of
the legal provisions in force at the time when that
record was filed?"

The Vital Statistics Law, as contained in the 1924 Vernon's
Codification of the Revised Civil Statutes, was listed as Rule 34 to
57 inclusive of Article 4477. In 1927 the First Called Session of the
40th Legislature passed Senate Bill 46, which purported to set up a
Vital Statistics Law for the State of Texas, and by Section 24 of said
Act the Legislature repealed Rules 34 to 57 inclusive of Article 4477
of the Revised Civil Statutes of 1925, Senate Bill 46 did not purport
to amend any existing law, but was a complete law within itself, and
did not depend upon any other statute or set of statutes. Section 14
of this Act related to birth certificates and the matter which they
were to contain.

Hon. Geo. W. Cox, March 23, 1939, page 2          O-515


        In 1929 the First Called Session of the 41st Legislature
passed Senate Bill 20, which amended Sections 3, 4, 14 and 20 of
Senate Bill 46, passed by the First Called Session of the 40th Legis-
lature.  The section of the 1929 Act which amended Section 14 of the
1927 Act added a new subsection to said Section 14, designated as
subsection 25, and relating to the birth records and certificates of
illegitimate children.  Evidently this subsection is the one you refer
to in your letter.

        Senate Bill 46, Acts of the 40th Legislature, First Called
Session, as amended by Senate Bill 20, Acts of the 41st Legislature,
First Called Session, was codified in Vernon's Annotated Statutes as
Rule 34a to 57a inclusive of Article 4477.  Section 14 of said Senate
Bill 46, as amended by Senate Bill 20, Acts of the 41st Legislature,
First Called Session, was referred to as Rule 47a.

        In 1937 the 45th Legislature passes House Bill 376, the
title or caption of which reads as follows:

        "An Act amending Rule 47a of Article 4477 of
Title 71, Revised Civil Statutes of the State of Texas,
1925, by repealing subparagraphs 6 and 25 thereof; and
declaring an emergency."

You will note that the caption of this Bill makes no reference to the
original Act passed in 1927, nor to the 1929 amendatory Act, nor does
it make any reference to the subject matter contained in the Bill.
Article 3, Section 35 of the Constitution of Texas states that no Bill
shall contain more than one subject, which subject shall be expressed
in its title, and makes certain exceptions not pertinent to this
opinion.  The Supreme Court of this State has held that if articles
amended are sufficiently identified by reference in the title of the
amendatory Act, and the articles amended themselves indicate the pur-
pose of the amendment, that the title of the amendatory Act is suf-
ficient.  Scottish-American Mortgage Company v. Hardy 55 S. W. 169;
Raymond Kibve 95 S. W. 727.

        It is the opinion of this department that House Bill 376
passed by the 45th Legislature is invalid because it violates Section
35 of Article 3 of the Texas Constitution, in that its subject is not
expressed in the title or caption of the Bill.  The only reference
made in the title of this Act is to an unofficial codification which
is not recognized by the State of Texas, and is not a part of any of-
ficial publication.  The title of this Act refers to subsections of
Article 4477, Revised Civil Statutes, 1925, which as a matter of fact
do not exist in the 1925 codification.  The attempted 1937 amendment
is thereby rendered ambiguous and invalid.  It follows that Senate
Bill 46, passed by the First  Called Session of the 40th Legislature
as amended by Senate Bill 20, passed by the First Called Session of
the 41st Legislature, is in full force and effect, including the

provisions and restrictions with reference to the birth records and certificates of illegitimate children, and should be followed by your department without reference to or limitation by House Bill 376, Acts of the 45th Legislature, which you refer to in your letter as the 1937 amendment.

Yours very truly

ATTORNEY GENERAL OF TEXAS


By s/Ross Carlton
Ross Carlton
Assistant

RC:ob:wc

APPROVED:
S/W. F. Moore
ATTORNEY GENERAL OF TEXAS